**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                  :       **Chapter 11**
                                                                              :
GREEN GROUP 11 LLC,                                       :       Case No. 19-40115 (NHL)
                                                                              :
                                            Debtor.              :       **NOTICE OF APPEARANCE**
                                                                              :
                                                                              :
                                                                              :
-----------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Andrea M. Roberts, of the law firm of BLANK ROME LLP, is hereby entering an appearance as counsel of record for creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, successor in interest to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5, successor in interest to Countrywide Home Loans Inc. ("Creditor") in the above-captioned action and hereby demands service of all pleadings and all notices and other papers in this action upon the Creditor at the address stated below.

Dated: April 12, 2019
    New York, New York

                   By:   _/s/ Andrea M. Roberts_
                      Andrea M. Roberts, Esq.
                      **BLANK ROME LLP**
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, New York 10174
                      *Attorneys for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, successor in interest to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5, successor in interest to Countrywide Home Loans Inc.*