

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

April 22, 2019

CLERK, UNITED STATES BANKRUPTCY COURT
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:       Green Group 11 LLC
Case No:  19-40115-nhl

Dear Sir or Madam:

    Please withdraw the Motion for Relief filed April 1, 2019 as document number 25 by Gross Polowy, LLC on behalf of Fay Servicing, LLC acting as servicing agent for U. S, Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust on the above referenced bankruptcy case.

    If you have any questions, please feel free to call.

Very truly yours,

By: *Courtney R Williams*
Courtney R Williams, Esq.