Exhibit 4: 2016 Agreement

## Settlement Agreement

This Settlement Agreement is made as of September 1, 2016 by and between Charles Zizi, RCM Group Inc., Shabsi Pfeiffer and 10821 Holdings L.L.C., hereinafter referred to as the "Parties" and for the purpose of forever settling all disagreements and disputes between each of them.

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, Charles Zizi is the President of RCM Group, Inc., a New York Corporation having an address at 220 Greene Avenue, Brooklyn, NY 11238; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, Shabsi Pheifer is the Managing Member of 10821 Holdings L.L.C., a New York Limited Liability Company with an office address located at 320 Roebling Street, Suite 412, Brooklyn, NY 11211; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, Charles Zizi was the fee owner of the premises known as 220 Greene Avenue, Brooklyn, NY 11238 (hereinafter "220") pursuant to a deed recorded in the office of The New York City Registrar on November 3, 2006 under CRFN 2006000616134 (Exhibit "1"); and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, RCM Group Inc. was the fee owner of the premises known as 850 Greene Avenue, Brooklyn, NY 11238 (hereinafter "850") pursuant to a deed recorded in the office of The New York City Registrar on January 30, 2007 under CRFN 2007000054869 (Exhibit "2"); and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, Charles Zizi entered into an agreement to sell 220 to 10821 Holdings L.L.C. (the "220 Agreement"); and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, RCM Group Inc. entered into an agreement to sell 850 to 10821 Holdings L.L.C. (the "850 Agreement"); and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, in connection with the 220 Agreement, Charles Zizi executed a deed to 220 in favor of 10821 Holdings L.L.C. and 10821 Holdings L.L.C. issued a check to Charles Zizi in the sum of $10,000; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, in connection with the 850 Agreement, RCM Group Inc. executed a deed to 850 in favor of 10821 Holdings L.L.C. and 10821 Holdings L.L.C. issued a check to RCM Group Inc. in the sum of $10,000; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, 10821 Holdings L.L.C. is presently the fee owner of 220 pursuant to the deed executed by Charles Zizi and recorded by the New York City Registrar on December 9, 2013 under CRFN 2013000505428 (Exhibit "3") and 10821 Holdings L.L.C. is presently the fee owner of 850 pursuant to the deed executed by RCM Group Inc. and recorded by the New York City Registrar on December 12, 2013 under CRFN 2013000510744 (Exhibit "4"); and



𝔚𝔥𝔢𝔯𝔢𝔞𝔰, Charles Zizi and RCM Group Inc. believe that 10821 Holdings L.L.C. breached the 220 Agreement and the 850 Agreement by recording Exhibit C and Exhibit D; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, by virtue of that belief, Charles Zizi commenced a lawsuit called *Charles Zizi v. 10821 Holdings, LLC*, Supreme Kings Index No. 14062/2014 and RCM Group Inc. commenced a lawsuit called *RCM Group Inc. v. 10821 Holdings LLC*, Supreme Kings Index No. 13345/2014 (together the "Litigation"); and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, during the course of the Litigation the parties have, from time to time, attempted to resolve their issues, and in furtherance of such a resolution 10821 Holdings L.L.C. has given to Charles Zizi and RCM Group Inc. a total of $100,000 in addition to the $10,000 received for 220 and the $10,000 received for 850; and

𝔚𝔥𝔢𝔯𝔢𝔞𝔰, the Parties have reached an accord and would like to settle the Litigation and all other matters between them;

𝔑𝔬𝔴, 𝔗𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, it is hereby agreed by and between the undersigned Parties as follows:

1. Contemporaneous with the execution of this Agreement Charles Zizi shall execute and tender to 10821 Holdings L.L.C. a Stipulation of Discontinuance With Prejudice relative to *Charles Zizi v. 10821 Holdings, LLC*, Supreme Kings Index No. 14062/2014 (Exhibit "5").

2. Contemporaneous with the execution of this Agreement RCM Group Inc. shall execute and tender to 10821 Holdings L.L.C. a Stipulation of Discontinuance With Prejudice relative to *RCM Group Inc. v. 10821 Holdings LLC*, Supreme Kings Index No. 13345/2014 (Exhibit "6").

3. Contemporaneous with the execution of this Agreement Charles Zizi and RCM Group Inc. shall return $120,000 dollars to 10821 Holdings L.L.C. by bank check.

4. Contemporaneous with the execution of this Agreement, 10821 Holdings L.L.C. shall sell 220 to Green Group 11, LLC, with an address of 1202 Halsey Street, Brooklyn, NY 11207 and EIN: 81-0727295 for $140,000. Green Group 11, LLC shall provide a bank check in the sum of $140,000 made payable to 10821 Holdings L.L.C. and 10821 Holdings L.L.C. shall execute a deed, transfer documents and corporate resolution (Exhibit "7") transferring 220 to Green Group 11, LLC.

5. Contemporaneous with the execution of this Agreement, 10821 Holdings L.L.C. shall sell 850 to 1412 Herkimer Realty Corp. with an address of 1202 Halsey Street, Brooklyn, NY 11207 for $140,000. 1412 Herkimer Realty Corp. shall provide a bank check in the sum of $140,000 made payable to 10821 Holdings L.L.C. and 10821 Holdings L.L.C. shall execute a deed, transfer documents and corporate resolution (Exhibit "8") transferring 850 to 1412 Herkimer Realty Corp.

6. Contemporaneous with the execution of this Agreement, the Parties shall exchange general releases (Exhibit "9").

7. As an inducement to the Charles Zizi and RCM Group Inc. settling *RCM Group Inc. v. 10821 Holdings LLC* and *Charles Zizi v. 10821 Holdings, LLC*, 10821 and Pheifer represent that they have not provided any leases to any tenants in either 220 Greene Avenue or 850 Greene Avenue, and, if necessary, will cooperate with Green Group 11, LLC and 1412 Herkimer Realty Corp. in any eviction proceeding that may be necessary to vacate those premises. In the event that there any security deposits were given to 10821 Holdings or Shabsi as to any tenancies of any nature created, that such deposits shall be surrendered to 1412 Herkimer Realty Corp and Green Group 11, LLC prior to sale.

RCM Group, Inc.

By: Charles Zizi, President

Charles Zizi, Individually

10821 Holdings L.L.C.

By: Shabsi Pfeiffer, Managing Member a/k/a

Samuel Pfeiffer

Shabsi Pfeiffer, Individually

a/k/a: Samuel Pfeiffer

General Release Between Charles Zizi and RCM Group Inc. as Releasors and as 10821 Holdings LLC and Shabsi Pfeiffer as Releasees

To all to whom these Presents shall come or may Concern,

Know That:

Charles Zizi and RCM Group Inc., as RELEASORS, for and in consideration of the sum of ten dollars ($10) and other good and valuable consideration, the receipt of which is hereby acknowledged, received from 10821 Holdings L.L.C. and Shabsi Pfeiffer the RELEASEES, hereby releases the RELEASEES, its heirs, executors, administrators, successors and assigns from all causes of action, actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASORS, the RELEASORS' heirs, executors, administrators, successors and assigns ever had, or may have in the future, by reason of any matter, cause or thing whatsoever from the beginning of time to the date hereof.

Without limiting the generality of the foregoing, REALEASORS release all claims of any nature respecting the premises located at 220 Greene Avenue, Brooklyn, NY 11238 and 850 Greene Avenue, Brooklyn, NY 11238.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This Release may not be changed orally.

I further state that the foregoing has been carefully read and I know the contents thereof and have signed the same as my own free act and have not been influenced in making this settlement by any representation of the party or parties released.

In Witness Whereof, the RELEASORS have hereunto set RELEASORS hand and seal on the _____ day of June, 2016.

RCM Group, Inc.

By: /s/ Charles Zizi, President

Charles Zizi, Individually

STATE OF NEW YORK, COUNTY OF KINGS    SS.:

On ~~June~~ September 1, 2016, before me, the undersigned, personally appeared Charles Zizi, President of RCM Group, Inc. and personally, who is personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the same.

/s/ Shabana Hussain
Notary Public

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2018

General Release Between 10821 Holdings LLC and Shabsi Pfeiffer as Releasor and Charles Zizi and RCM Group Inc. as Releasee

𝕿𝖔 𝖆𝖑𝖑 𝖙𝖔 𝖜𝖍𝖔𝖒 𝖙𝖍𝖊𝖘𝖊 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖘 𝖘𝖍𝖆𝖑𝖑 𝖈𝖔𝖒𝖊 𝖔𝖗 𝖒𝖆𝖞 𝕮𝖔𝖓𝖈𝖊𝖗𝖓,

𝕶𝖓𝖔𝖜 𝕿𝖍𝖆𝖙:

10821 Holdings L.L.C., as RELEASOR, for and in consideration of the sum of ten dollars ($10) and other good and valuable consideration, the receipt of which is hereby acknowledged, received from Charles Zizi and RCM Group Inc. the RELEASEES, hereby releases the RELEASEES, their heirs, executors, administrators, successors and assigns from all causes of action, actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, the RELEASOR's heirs, executors, administrators, successors and assigns ever had, or may have in the future, by reason of any matter, cause or thing whatsoever from the beginning of time to the date hereof.

Without limiting the generality of the foregoing, REALEASOR releases all claims of any nature respecting the premises located at 220 Greene Avenue, Brooklyn, NY 11238 and 850 Greene Avenue, Brooklyn, NY 11238.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This Release may not be changed orally.

I further state that the foregoing has been carefully read and I know the contents thereof and have signed the same as my own free act and have not been influenced in making this settlement by any representation of the party or parties released.

𝕴𝖓 𝖂𝖎𝖙𝖓𝖊𝖘𝖘 𝖂𝖍𝖊𝖗𝖊𝖔𝖋, the RELEASOR has hereunto set RELEASOR's hand and seal on the _____ day of August, 2016.

10821 Holdings L.L.C.

By: _____  
Shabsi Pfeiffer, Managing Member  
aka Samuel Pfeiffer

_____  
Shabsi Pfeiffer, Individually  
aka Samuel Pfeiffer

STATE OF NEW YORK, COUNTY OF KINGS    SS.:

On ~~August~~ September 1, 2016, before me, the undersigned, personally appeared Shabsi Pfeiffer, Managing Member of 10821 Holdings L.L.C., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same individually and in his capacity as Managing Member of 10821 Holdings L.L.C., and that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the same.

_____  
Notary Public

SHABANA HUSSAIN  
Notary Public, State of New York  
No. 01HU6320572  
Qualified in Queens County  
Commission Expires 03/09/2019

General Release Between 10821 Holdings LLC and Shabsi Pfeiffer as Releasor and Charles Zizi and RCM Group Inc. as Releasee

To all to whom these Presents shall come or may Concern,

Know That:

10821 Holdings L.L.C., as RELEASOR, for and in consideration of the sum of ten dollars ($10) and other good and valuable consideration, the receipt of which is hereby acknowledged, received from Charles Zizi and RCM Group Inc. the RELEASEES, hereby releases the RELEASEES, their heirs, executors, administrators, successors and assigns from all causes of action, actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, the RELEASOR's heirs, executors, administrators, successors and assigns ever had, or may have in the future, by reason of any matter, cause or thing whatsoever from the beginning of time to the date hereof.

Without limiting the generality of the foregoing, REALEASOR releases all claims of any nature respecting the premises located at 220 Greene Avenue, Brooklyn, NY 11238 and 850 Greene Avenue, Brooklyn, NY 11238.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This Release may not be changed orally.

I further state that the foregoing has been carefully read and I know the contents thereof and have signed the same as my own free act and have not been influenced in making this settlement by any representation of the party or parties released.

In Witness Whereof, the RELEASOR has hereunto set RELEASOR's hand and seal on the _____ day of August, 2016.

10821 Holdings L.L.C.

By: _____  
Shabsi Pfeiffer, Managing Member  
aka Samuel Pfeiffer

_____  
Shabsi Pfeiffer, Individually  
aka Samuel Pfeiffer

STATE OF NEW YORK, COUNTY OF KINGS   SS.:

On ~~August~~ September 1, 2016, before me, the undersigned, personally appeared Shabsi Pfeiffer, Managing Member of 10821 Holdings L.L.C., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same individually and in his capacity as Managing Member of 10821 Holdings L.L.C., and that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the same.

_____  
Shabana Hussain  
Notary Public

SHABANA HUSSAIN  
Notary Public, State of New York  
No. 01HU6320572  
Qualified in Queens County  
Commission Expires 03/09/2019

General Release Between 10821 Holdings LLC and Shabsi Pfeiffer as Releasor and Charles Zizi and RCM Group Inc. as Releasee

To all to whom these Presents shall come or may Concern,

Know That:

10821 Holdings L.L.C., as RELEASOR, for and in consideration of the sum of ten dollars ($10) and other good and valuable consideration, the receipt of which is hereby acknowledged, received from Charles Zizi and RCM Group Inc. the RELEASEES, hereby releases the RELEASEES, their heirs, executors, administrators, successors and assigns from all causes of action, actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, the RELEASOR, the RELEASOR's heirs, executors, administrators, successors and assigns ever had, or may have in the future, by reason of any matter, cause or thing whatsoever from the beginning of time to the date hereof.

Without limiting the generality of the foregoing, REALEASOR releases all claims of any nature respecting the premises located at 220 Greene Avenue, Brooklyn, NY 11238 and 850 Greene Avenue, Brooklyn, NY 11238.

Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

This Release may not be changed orally.

I further state that the foregoing has been carefully read and I know the contents thereof and have signed the same as my own free act and have not been influenced in making this settlement by any representation of the party or parties released.

In Witness Whereof, the RELEASOR has hereunto set RELEASOR's hand and seal on the _____ day of August, 2016.

10821 Holdings L.L.C.

By: _____    _____
Shabsi Pfeiffer, Managing Member         Shabsi Pfeiffer, Individually
aka Samuel Pfeiffer                                  aka Samuel Pfeiffer

STATE OF NEW YORK, COUNTY OF KINGS    SS.:

On ~~August~~ September 1, 2016, before me, the undersigned, personally appeared Shabsi Pfeiffer, Managing Member of 10821 Holdings L.L.C., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same individually and in his capacity as Managing Member of 10821 Holdings L.L.C., and that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the same.

_____
Notary Public

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2019

## CANCELLATION OF DECLARATION OF RESTRICTIONS

CANCELLATION OF DECLARATION OF RESTRICTIONS made this 1st day of September, 2016 by 10821 HOLDINGS L.L.C. (hereinafter "Declarant") Owner of:

| | |
|---|---|
| 850 Greene Avenue<br>Brooklyn, New York<br>Block: 1620  Lot: 40 | 220 Greene Avenue<br>Brooklyn, New York<br>Block: 1966  Lot: 107 |

**Witnesseth:**

**Whereas**, Declarant is the Owner of the premises located at 850 Greene Avenue, Brooklyn, NY 11221 and 220 Greene Avenue, Brooklyn, NY (collectively "Premises"), more particularly described in Exhibit "A" annexed hereto and made a part of this CANCELLATION OF DECLARATION OF RESTRICTIONS; and

**Whereas**, Declarant previously set forth a DECLARATION OF RESTRICTIONS which was recorded by the New York City Registrar on July 7, 2014 under CRFN 2014000226134; and

**Whereas**, Declarant now wishes to cancel and rescind the restrictions contained in the aforementioned DECLARATION OF RESTRICTIONS.

**Now, Therefore**, Declarant hereby cancels, rescinds and extinguishes the restrictions contained in the DECLARATION OF RESTRICTIONS which was recorded by the New York City Registrar on July 7, 2014 under CRFN 2014000226134, *ab initio*.

**In Witness Whereof**, Declarant has executed this CANCELLATION OF DECLARATION OF RESTRICTIONS on this 1st day of September, 2016.

In the Presence of:

By: Samuel Pfeiffer, Authorized Agent
320 Roebling Street, Suite 412
aka Shabsi Pfeiffer

STATE OF NEW YORK   }
                    } Ss.:
COUNTY OF KINGS     }

On day of 1st day of September, in the year 2016, before me, the undersigned Notary Public in and for the State of New York, personally appeared **Samuel Pfeiffer** to me known, or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) acted, executed the instrument.

Shabana Hussain
Notary Public

SHABANA HUSSAIN
Notary Public, State of New York
No. 01HU6320572
Qualified in Queens County
Commission Expires 03/09/2019