Law Office of Ira R. Abel
305 Broadway
14th Floor
New York, NY 10007
Phone: (212) 799-4672
iraabel@verizon.net
Ira R. Abel, Esq.

*Attorney for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

    **Green Group 11 LLC**,

                                Debtor.

Chapter 11

Case No. 19-40115-nhl

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE BY EMAIL

Ira R. Abel certifies under penalty of perjury that the following is true and correct:

I am over 18 years of age, am not a party to this case, and reside in New York, New York. On May 23, 2019, I served the Debtor's Opposition to the Motion of Charles Zizi to (A) Dismiss the Bankruptcy Case, (B) Compel Michael Kandhorov to Abide by the Terms of an Agreement, (C) Appoint a Receiver to Obtain a Full Accounting of Rental Income and (D) Reverse a Fraudulent Deed Transfer of 850 Greene Avenue, together with all exhibits annexed thereto, (a) by first class mail, by depositing a true copy of same in a sealed, post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the entities on the annexed service list and/or (b) by email, to the email addresses provided by those entities.

Dated: New York, New York
      May 23, 2019

                                                /s/ Ira Abel
                                                Ira R. Abel

## SERVICE LIST

| Entity Served | Service by First Class Mail | Service by Email |
|---|---|---|
| Nazar Khodorovsky Esq.<br>United States Trustee, SDNY<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | | nazar.khodorovsky@usdoj.gov |
| Mark Frankel Esq.<br>Backenroth Frankel & Krinsky, LLP<br>800 Third Avenue, 11th Floor<br>New York, New York 10002 | | mfrankel@bfklaw.com |
| Richard P Fay, Esq.<br>Gross Polowy, LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville, NY 14221 | | rfay@grosspolowy.com,<br>ECFnoticesGPO2@grosspolowy.com |
| Andrea M. Roberts, Esq.<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | | aroberts@blankrome.com |
| Charles Zizi<br>180−15 Jamaica Ave<br>Jamaica, NY 11432 | Charles Zizi<br>180−15 Jamaica Ave<br>Jamaica, NY 11432 | hans.c.zizi@phoenixNYLLC.com |