# UNITED STATES BANKRUPTCY COURT

EASTERN   DISTRICT OF  NEW YORK

<Enter Division name if applicable, else delete this text>

In Re. GREEN GROUP 11, LLC  §
                            §  Case No.  19-40115
_____ §
                            §
        Debtor(s)           §
                            §  ☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 01/08/2019

Months Pending: 35

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:          Accrual Basis ⦿      Cash Basis ◯

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☒  Statement of capital assets
☒  Schedule of payments to professionals
☒  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☒  Description of the assets sold or transferred and the terms of the sale or transfer

/S/ Michael Kandhorov
Signature of Responsible Party

12/07/2021
Date

Michael Kandhorov
Printed Name of Responsible Party

220 Green Avenue
Brooklyn, New,York 1123843380
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

Debtor's Name GREEN GROUP 11, LLC

Case No. 19-40115

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $43,380 | |
| b. Total receipts (net of transfers between accounts) | $6,195 | $6,195 |
| c. Total disbursements (net of transfers between accounts) | $1,506 | $1,506 |
| d. Cash balance end of month (a+b-c) | $48,069 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,506 | $1,506 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d. Total current assets | $58,069 |
| e. Total assets | $1,857,069 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $422,881 |
| l. Prepetition priority debt | $4,988 |
| m. Prepetition unsecured debt | $484,765 |
| n. Total liabilities (debt) (j+k+l+m) | $912,634 |
| o. Ending equity/net worth (e-n) | $944,435 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $6,195 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $6,195 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $856 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $1,300 | |
| k. Profit (loss) | $40,390 | $4,039 |

UST Form 11-MOR (06/07/2021)     2

Debtor's Name GREEN GROUP 11, LLC

Case No. 19-40115

## Part 5: Professional Fees and Expenses

| a. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $115,404 | $1,154,040 | $67,729 | $67,729 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | LAW OFFICE OF IRA ABEL | Lead Counsel | $95,672 | $956,720 | $47,997 | $47,997 |
| | ii | IMSPIEGEL, LLC | Financial Professional | $19,732 | $197,320 | $19,732 | $19,732 |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | $0 | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | $0 | |
| | ii | | | | | $0 | |

| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ⦿ |
|---|---|---|
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿ No ○ N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ⦿ |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ No ○ |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ No ○ |
| | If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿ No ○ |

Debtor's Name GREEN GROUP 11, LLC

Case No. 19-40115

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ⦿  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

S/S MICHAEL KANDHOROV

Signature of Responsible Party

MEMBER

Title

MICHAEL KANDHOROV

Printed Name of Responsible Party

12/07/2021

Date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re GREEN GROUP 11, LLC          Case No. 19-40115 - nhl
      **Debtor**          Reporting Period: NOVEMBER 2021

Federal Tax I.D. # 81-XXXX7295

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | | | |
|     Copies of bank statements | | | |
|     Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Summary of Unpaid Post-petition Debts | | | |
|     Copies of tax returns filed during reporting period | | | |
| Rent Roll | | | |
| Payments to Insiders and Professional | | | |
| Post Petition Status of Secured Notes, Leases Payable | | | |
| Cash Flow Projection | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                                                Date

   /s/ Michael Kandhorov                                       12/7/2021

Printed Name of Authorized Individual    Michael Kandhorov            Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re GREEN GROUP 11, LLC
　　　Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| | TD BANK DIP OPERATING   A/C XXXX6960 | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 43380 | | | 74343 |
| **RECEIPTS** | | | | |
| RENT RECEIVED | 6195 | | | 6195 |
| SECURITY DEPOSIT RECEIVED | 0 | | | 0 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | 0 |
| LOANS AND ADVANCES | | | | 0 |
| SALE OF ASSETS | | | | 0 |
| OTHER *(ATTACH LIST)* | | | | 0 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | 0 |
| **TOTAL RECEIPTS** | 6195 | | | 6195 |
| **DISBURSEMENTS** | | | | |
| SECURITY DEPOSIT REFUND | | | | 0 |
| MANAGEMENT COMPANY FEE | | | | 0 |
| REPAIRS / MAINTENANCE | 856 | | | 856 |
| EQUIPMENT FINANCING | | | | 0 |
| UTILITIES | | | | 0 |
| INSURANCE | | | | 0 |
| ADMINISTRATIVE | | | | 0 |
| SUPPLIES | | | | 0 |
| ACCOUNTS PAYABLE | | | | 0 |
| OWNER DRAW * | | | | 0 |
| GENERAL COUNSEL FEE | | | | 0 |
| PROFESSIONAL FEES | | | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | 650 | | | 650 |
| TRANSFER (TO NON DIP ACCTS) | | | | 0 |
| COURT COSTS | | | | 0 |
| **TOTAL DISBURSEMENTS** | 1506 | | | 1506 |
| **NET CASH FLOW** | 4689 | | | 4689 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| CASH – END OF MONTH | 48069 | | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES; (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | 1506 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 1506 |

In re GREEN GROUP 11, LLC          Case No. 19-40115 - nhl
       Debtor                      Reporting Period: NOVEMBER 2021

## BANK RECONCILIATIONS

### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

| | TD BANK DIP OPERATING   A/C XXXX6960 | Tax | Other |
|---|---|---|---|
| | | # | # |
| **BALANCE PER BOOKS** | 48069 | | |
| | | | |
| BANK BALANCE | 48069 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| **ADJUSTED BANK BALANCE *** | 48069 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OTHER

In re GREEN GROUP 11, LLC _____    Case No. 19-40115 - nhl
    Debtor    Reporting Period: NOVEMBER 2021

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | NOVEMBER 2021 | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 6195 | |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 6195 | |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | |
| Auto and Truck Expense | 0 | |
| Cleaning, Maintenance & Repairs | | |
| Commissions | 0 | |
| Officer/Insider Compensation* | 0 | |
| Insurance | 0 | |
| Management Fees/Bonuses | 0 | |
| Office Expense | 0 | |
| Other Interest | 0 | |
| Repairs | 856 | |
| Supplies | 0 | |
| Taxes - Real Estate | 0 | |
| Travel and Entertainment | 0 | |
| Utilities | 0 | |
| Tax accountant | | |
| Total Operating Expenses Before Depreciation | 856 | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 5339 | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0 | |
| Interest Expense | 0 | |
| Other Expense *(attach schedule)* | 0 | |
| Net Profit (Loss) Before Reorganization Items | 5339 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 1300 | |
| U. S. Trustee Quarterly Fees | 0 | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses MEDIATOR | 0 | |
| Total Reorganization Expenses | 1300 | |
| Income Taxes | | |
| Net Profit (Loss) | 4039 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re GREEN GROUP 11, LLC

     Debtor

Case No. 19-40115 - nhl

Reporting Period: NOVEMBER 2021

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re GREEN GROUP 11, LLC

    Debtor

Case No. 19-40115 - nhl

Reporting Period: NOVEMBER 2021

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 48,069 | 43,380 | 0 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 0 | 0 | 6000 |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | 10000 | 10000 | 10000 |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 58069 | 53380 | 16000 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | 1,799,000 | 1,799,000 | 1,799,000 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 1,799,000 | 1,799,000 | 1,799,000 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | 0 |
| *TOTAL OTHER ASSETS* | | | 0 |
| *TOTAL ASSETS* | 1,857,069 | 1,852,380 | 1,815,000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Security Deposit Payable | 3200 | 3200 | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 63961 | 62661 | |
| US Trustee Fees | 650 | 1300 | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 67811 | 67161 | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 4,228,881 | 4,228,881 | 4,228,881 |
| Priority Debt | 4,988 | 4,988 | 4,988 |
| Unsecured Debt | 484,765 | 484,765 | 484,765 |
| *TOTAL PRE-PETITION LIABILITIES* | 4,718,634 | 4,718,634 | 4,718,634 |
| *TOTAL LIABILITIES* | 4,786,445 | 4,785,795 | 4,718,634 |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | -2,904,936 | -2,904,936 | -2,903,634 |
| Retained Earnings - Post-petition | 7005 | 2966 | |
| Adjustments to Owner Equity 2019 professional fees | -31445 | -31445 | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | -2,929,376 | -2,933,415 | -2,903,634 |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | 1,857,069 | 1,852,380 | 1,815,000 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re GREEN GROUP 11, LLC

Debtor

Case No. 19-40115 - nhl

Reporting Period: NOVEMBER 2021

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re GREEN GROUP 11, LLC
_____
Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | | Number of Days Past Due | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 6136 | 1300 | | | 1300 | 6396 |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____

In re GREEN GROUP 11, LLC
Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

Property: _____
Square Footage: _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|--------|--------|-------------|----------------|---------------|------------|------------|------------|-------------|-----------|--------------|-------------|--------------------|
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            |             |           |              |             |                    |
|        |        |             |                |               |            |            |            | Totals      |           | 6295         |             |                    |

FORM MOR-5 (RE)
2/2/008
PAGE 9 OF 12

In re GREEN GROUP 11, LLC
    Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Abel LAW OFFICE  IRA ABEL | | 58850 | | 29425 | 51215 |
| IMSPIEGEL, LLC | | 18572 | | 9286 | 12746 |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | 38711 | 63961 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re GREEN GROUP 11, LLC
    Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

| | | JUNE | JULY | AUG | SEPT. | OCT. | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 | 6295 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other (attach schedule) | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

In re GREEN GROUP 11, LLC
      Debtor

Case No. 19-40115 - nhl
Reporting Period: NOVEMBER 2021

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

## Bank

**America's Most Convenient Bank®**       T



GREEN GROUP 11 LLC
DIP CASE 19-40115 EDNY
1202 HALSEY ST
BROOKLYN NY 11207-2679

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2021-Nov 30 2021 |
| Cust Ref #: | 4203536960-039-T-### |
| Primary Account #: | 423-7506960 |

## Chapter 11 Checking

GREEN GROUP 11 LLC
DIP CASE 19-40115 EDNY

Account # 4236506960

| | | | |
|---|---|---|---|
| Beginning Balance | 43,380.18 | Average Collected Balance | 46,224.30 |
| Deposits | 6,195.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 856.36 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 650.00 | Days in Period | 30 |
| Ending Balance | 48,068.82 | | |

---

### Deposits

| | | | |
|---|---|---|---|
| 11/16 | DEPOSIT | | 6,195.00 |
| | | Subtotal: | 6,195.00 |

### Checks Paid   No. Checks: 2

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| | | | |
|---|---|---|---|
| 11/30 | 237 | 381.36 | |
| 11/30 | 238 | 475.00 *REPAIR* | |
| | | Subtotal: | 856.36 |

### Electronic Payments

| | | |
|---|---|---|
| 11/30 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 650.00 |
| | Subtotal: | 650.00 |

---

| | | | |
|---|---|---|---|
| 10/31 | 43,380.18 | 11/30 | 48,068.82 |
| 11/16 | 49,575.18 | | |