**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    GREEN GROUP 11, LLC,<br><br>                      Debtor. | Confirmed Chapter 11<br><br>Case No. 19-40115-nhl |

**ORDER APPROVING AMENDMENT TO**
**THE CONFIRMED CHAPTER 11 PLAN**

Upon consideration of the application [ECF Doc. 174] (the "Motion") of Paul Rachmuth, as Plan Administrator (the "Plan Administrator") for Green Group 11, LLC (the "Debtor") for approval of an amendment to the Third Amended Plan of Liquidation [ECF Doc. 139] (the "Plan") to extend the Effective Date of the Plan, pursuant to Section 1127(b) of 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code") and all exhibits and documents filed in support thereof; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that the Motion constitutes a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and venue is proper in this Court pursuant to 28 U.S.C. § 1408; and this Court having conducted a hearing on the Motion on February 28, 2023; and this Court having found that the Plan Administrator has provided adequate notice of the Motion and the hearing on the Motion; and no opposition to the Motion having been filed or raised at the hearing; and after due deliberation and sufficient cause being provided for the relief sought in the Motion; it is hereby

**ORDERED**, that the relief sought in the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that Paragraph 29 of the Plan is amended to read:

29.    "Effective Date" shall mean the first business day after the closing of the sale of the Property, which, absent further order of the Court, shall be no later than August 28, 2023.

and it is further

**ORDERED**, that all other provisions of the Plan remain in full force and effect.



Dated: March 8, 2023
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge